William E. BOWMAN et al., Appellants,

v.

James A. HAYDEN et al., Appellees.

Court of Appeals of Kentucky.

Oct. 15, 1954.

misrepresentation had been made by the defendants and relied upon by the plaintiffs, we find no error in the judgment.

The motion for appeal is overruled and the judgment stands affirmed.

Billy Todd CHESHIRE, Appellant,

v.

CITY OF FRANKFORT, Appellee.

Court of Appeals of Kentucky.

Oct. 15, 1954.

Donald R. Pierce, Louisville, for appellants.

Morris B. Borowitz, Louisville, for appellees.

PER CURIAM.

This is a motion for an appeal from a judgment rescinding a contract for the sale of real estate and awarding damages in the amount of $550. It appearing that there was ample evidence to support the Chancellor's findings that a material